**Kenneth BENNETT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 61885.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 20, 1993.

Judith C. LaRose, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munson Morris, Hugh L. Marshall, Asst. Attys. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

We find the motion court did not clearly err in denying Defendant's Rule 29.15 motion for post-conviction relief. Rule 29.-15(j). We further find an opinion would have no precedential value and affirm by written order. Rule 84.16(b). A memorandum has been issued to the parties for their use only.